Lawrence E. Heller (SB #69770)
HELLER & EDWARDS
9454 Wilshire Boulevard, Suite 500
BEVERLY HILLS CA 90212-2982
Telephone: (310) 550-8833

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASON, INC., a California corporation, | CASE NUMBER |
| | CV 03-7296 PA (RMCx) |
| Plaintiff(s), | |
| v. | |
| FASHION 21 MERCHANDISING CORPORATION, A California Corporation doing business as FOREVER 21 | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

01/22/04
Date

Signature of Attorney/Party

DOCKETED ON CM
JAN 2 2 2004
BY_____ 007

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)    NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 9454 Wilshire Boulevard, Fifth Floor, Beverly Hills, California, and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On January 22, 2004, I served the foregoing document described as

***NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R. Civ. P.***

on all interested parties in this action by placing a true and correct copy of the document in a sealed envelope addressed as follows:

Young Kwon, Esq.
***FOREVER TWENTY ONE***
2001 South Alameda Street
LOS ANGELES CA 90058

☒ **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) by _____ Messenger Service.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused the above-referenced document to be delivered to _____ for overnight courier service to the addressee(s).

☐ **BY FACSIMILE TRANSMISSION** as follows: I transmitted the above-referenced document(s) by facsimile to its/their intended recipient(s) at the following facsimile number(s):

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 22, 2004, at Beverly Hills, California.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

CORA MAYRINA

2

Caption.wpd